Michael J. Frevola
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR PLAINTIFF
AK LINE SHIPPING & TRADING LTD.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AK LINE SHIPPING & TRADING LTD.,

    Plaintiff,

-against-

KASPI LOJISTIK VE DIS TIC. LTD. STI. a/k/a
KASPI LOJISTIK VE DIS TICARET LIMITED
SIRKETI a/k/a CASPI CARGO LINES,

    Defendant.

---

08 Civ. ___ (___)

CORPORATE DISCLOSURE
STATEMENT IN
ACCORDANCE WITH
RULE 7.1 OF THE FEDERAL
RULES OF CIVIL PROCEDURE

    I, Michael J. Frevola, attorney for Plaintiff AK Line Shipping & Trading Ltd. having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    AK Line Shipping & Trading Ltd. is a privately owned company, is not publicly traded, and has no parent company.

Dated:    New York, New York
            March 4, 2008

HOLLAND & KNIGHT LLP

By: _____
Michael J. Frevola
195 Broadway
New York, NY 10007-3189
Tel:    (212) 513-3200
Fax:    (212) 385-9010

*Attorneys for Plaintiff
AK Line Shipping & Trading Ltd.*