Michael J. Frevola
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
AK LINE SHIPPING & TRADING LTD.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03-05-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 2182

---

AK LINE SHIPPING & TRADING LTD.,

    Plaintiff,

-against-

KASPI LOJISTIK VE DIS TIC. LTD. STI. a/k/a
KASPI LOJISTIK VE DIS TICARET LIMITED SIRKETI
a/k/a CASPI CARGO LINES,

    Defendant.

08 Civ. 2182

ORDER APPOINTING
PERSON TO
**SERVE PROCESS**

---

**UPON** application of Plaintiff AK Line Shipping & Trading Ltd. for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

MICROFILMED 3-9-08 AM

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Wllis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:   New York, New York
         March **5**, 2008

SO ORDERED

_Deborah A. Batts_
U.S.D.J.

2