UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AK LINE SHIPPING & TRADING LTD.,          Case No. 08 Civ. 2182 (DAB)

          Plaintiff,

     -against-                            **ORDER TO SHOW CAUSE**

KASPI LOJISTIK VE DIS TIC. LTD. STI. a/k/a
KASPI LOJISTIK VE DIS TICARET LIMITED
SIRKETI a/k/a CASPI CARGO LINES,

          Defendants.
------------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: Mar 21, 2008

UPON THE MOTION pursuant to Rule E(4)(f) and Local Admiralty Rule E.1 of Defendant KASPI LOJISTIK VE DIS TIC. LTD. STI., a/k/a KASPI LOJISTIK VE DIS TICARET LIMITED SIRKETI a/k/a CASPI CARGO LINES, and Y. CASPI CARGO LINES, LTD., and interested non-party, the supporting Affirmation of John E. Grimmer, the Declaration of Daniel Arnon, the Declaration of Altug Suzer, the Memorandum of Law in Support of the Motion to Vacate the March 5, 2008 *ex parte* Order of Maritime Attachment, and all the other pleadings and proceedings had herein.

LET PLAINTIFF AK LINE SHIPPING & TRADING LTD. SHOW CAUSE before the Honorable Deborah A. Batts, United States District Judge, at 500 Pearl Street, Courtroom 24B, New York, New York, on the 10th day of April, 2008, at 2:30 PM o'clock, or as soon thereafter as counsel can be heard, why an order vacating the *ex parte* Order of Attachment issued in this case against Defendant, ~~and against Y.~~ CASPI SHIPPING LINES, LTD., insofar as it was not named as a defendant and its assets have been improperly attached, should not be granted together with such other,

NO ORDER ISSUED AGAINST Y Caspi.
DAB
3/21/08

1

further and different relief as the Court may deem just and proper in the premises; and it is hereby further

~~ORDERED that pending further Order of this Court, Plaintiff and its agents and assigns are hereby enjoined from attempting to take any other, further, or different actions in this or in any other jurisdiction to re-restrain Defendant's funds;~~ *THAT SECURITY IN THE AMT OF $____ BE POSTED BY ____ 2008*

**NO TRO, NO SECURITY DAB 3/21/08**

*ORDERED*

LET service of a copy of this Order, and the accompanying Memorandum of Law, if served upon Plaintiffs counsel by hand to the offices of Holland & Knight, 195 Broadway, New York, New York 10007, and/or by email to michael.frevola@hklaw.com, and/or by facsimile to (212) 385-9010, on or before five o'clock p.m. on March **25**, 2008 be deemed good and sufficient service; and

*with Courtesy Copies (2) to the Court delivered in Chambers*

IT IS FURTHER ORDERED that answering papers, ~~if any~~ including but not limited to Affidavit(s), Affirmation(s), Declaration(s), Exhibits and/or Memoranda of Law shall be filed and served so as to be received by counsel for Defendants (John Grimmer & Associates) at their offices on or before five o'clock on the **1ST** day of **April** ~~March~~ 2008, ~~and reply papers, if any, including but not limited to Affidavit(s), Affirmation(s), Declaration(s), Exhibits and/or Memoranda of Law shall be filed and served so as to be received by counsel for Plaintiff at its offices on or before five o'clock on the ____ day of ____, 2008.~~

**NO REPLY DAB 3/21/08**

Dated: New York, New York
      March **21**, 2008

_____
The Hon. Deborah A. Batts, U.S.D.J.

TO:   Michael Frevola, Esq.
      HOLLAND & KNIGHT
      Attorneys for Plaintiff
      195 Broadway

2