CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

AK LINE SHIPPING & TRADING LTD.,

                        Plaintiff,

                  v.

KASPI LOJISTIK VE DIS TIC. LTD. STI. a/k/a
KASPI LOJISTIK VE DIS TICARET LIMITED
SIRKETI a/k/a CASPI CARGO LINES,

                        Defendants.
-------------------------------------------------------------x

**08-CV-2182**

**NOTICE OF
APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York

Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       March 27, 2008

                                CLARK, ATCHESON & REISERT
                                Attorneys for Garnishee
                                Societe Generale New York Branch

By:                                              
                                Richard J. Reisert (RR-7118)
                                7800 River Road
                                North Bergen, NJ 07047
                                Tel: (201) 537-1200
                                Fax: (201) 537-1201
                                Email: reisert@navlaw.com