Case No. 08 Civ. 2182 (DAB)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
AK LINE SHIPPING & TRADING LTD.,

        Plaintiff,

-against-

KASPI LOJISTIK VE DIS TIC. LTD. STI. a/k/a
KASPI LOJISTIK VE DIS TICARET LIMITED
SIRKETI a/k/a CASPI CARGO LINES,

        Defendants.
----------------------------------------X

Case No. 08 Civ. 2182 (DAB)

**STIPULATION OF VOLUNTARY DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2008

WHEREAS, plaintiff AK LINE SHIPPING & TRADING LTD. ("AK Line"), plaintiff in the captioned proceeding, filed a Verified Complaint and obtained from the Court an *ex-parte* Order for Issuance of Writ of Attachment and Garnishment and Writ of Attachment or Garnishment (the "PMAG") on March 5, 2008, and

WHEREAS, various electronic fund transfers have been frozen by garnishee banks (the "Garnishees") pursuant to the PMAG, and

WHEREAS, defendant KASPI LOJISTIK VE DIS TIC. LTD. STI. ("Kaspi") and non-party Y. CASPI CARGO LINES LTD. ("Y. Caspi") have moved this Court for an order vacating the PMAG, and

WHEREAS, AK Line, Kaspi and Y. Caspi have reached an agreement by which this proceeding will be dismissed without prejudice,

IT IS HEREBY STIPULATED AND AGREED by, between, and amongst plaintiff AK Line, defendant Kaspi and non-party Y. Caspi and/or their respective counsel as follows:

1. AK Line dismisses this proceeding without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, and will not re-file a pre-judgment attachment action with this Court on the claims alleged by AK Line in this proceeding. This provision does not prevent AK Line from filing an application with this Court to recognize and/or enforce an arbitration award resulting from the arbitration of AK Lines' claims alleged herein.

2. AK Line consents to the release of all funds attached under the PMAG in this proceeding, which funds will be released and paid in accordance with instructions from counsel for Kaspi and Y. Caspi.

3. Kaspi and Y. Caspi release AK Line from any claims that Kaspi and Y. Caspi might have as a result of AK Line's filing of this proceeding and attaching funds under the PMAG.

4. AK Line, Kaspi and Y. Caspi will bear their own costs incurred resulting from this proceeding.

Dated: New York, New York

Stipulated and agreed to this 1st day of April 2008:

By: _____
Michael Frevola, Esq.
Holland & Knight
*Attorneys for Plaintiff*
195 Broadway
New York, New York 10007
(212) 513-3200

By: _____
John E. Grimmer (JG 4153)
John Grimmer & Associates
*Attorneys for Defendant*
One Battery Park Plaza, 18th Floor
New York, New York 10004
Ph. (212) 837-6370
Fx. (212) 837-6246

By: _____
John E. Grimmer (JG 4153)
John Grimmer & Associates
*Attorneys for Non-Party Y. Caspi Cargo Lines Ltd.*
One Battery Park Plaza, 18th Floor
New York, New York 10004
Ph. (212) 837-6370
Fx. (212) 837-6246

SO ORDERED:

_____
The Hon Deborah A. Batts, U.S.D.J  4/2/2008